UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on April 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patricia Wehrle

Case No.: 19-18387

Chapter: 7

Judge: KCF

**ORDER ON THE APPLICATION TO HAVE THE
CHAPTER 7 FILING FEE WAIVED**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 26, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) the court orders that the application is:

☒ **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

❑ **Denied.** The debtor must pay the filing fee according to the following terms:

You must pay …..                    On or before this date …..

$ _____            _____ (month/day/year)

$ _____            _____ (month/day/year)

$ _____            _____ (month/day/year)

$ _____            _____ (month/day/year)

Total: $ _____ 0.00

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

❑ A hearing to consider the debtor's application will be held on _____ at _____ at:

Court address:           _____

Courtroom number: _____

If the debtor does not appear at this hearing, the court may deny the application.

IMPORTANT: All fees must be paid by certified funds or money order. The Clerk's Office does not accept cash.

*rev. 12/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 19-18387-KCF
Patricia Wehrle                                                  Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin             Page 1 of 1            Date Rcvd: Apr 26, 2019
                            Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.
db            +Patricia Wehrle,    5 Caspian Sea Dr,    Mantaloking, NJ 08738-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:
      Daniel E. Straffi    bktrustee@straffilaw.com,
       G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                      TOTAL: 2