UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2019 MAY 21  P 12: 09

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

In Re:

PATRICIA ANN WEHRLE
5 CASPIAN SEA DR.
MANTOLOKING, NJ 08738
732-228-1440

Case No.:      19-18387

Chapter:            7

Hearing Date: _____

Judge:          _FERGUSON_

## APPLICATION FOR ORDER SHORTENING TIME

The applicant   PATRICIA ANN WEHRLE, DEBTOR_____,
on behalf of _PATRICIA ANN WEHRLE, Debtor_____ requests that the time period to/for
_hearing on Motion to Vacate Dismissal_____ as required by _____ be
shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:   Creditor has re-commenced state court litigation relating to debt at issue in these proceedings. If allowed to proceed in the absence of the stay, irrevocable harm will occur to Debtor.

2. State the hearing dates requested:   June 4, 2019

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: __May 21, 2019_____    _____
                                                          Signature

*rev.8/1/15*